UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD LINN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOORDASH, INC., <br><br> Defendant. | Case No. 20-cv-00666-RS <br><br> **ORDER VACATING MOTION TO DISMISS** |

In response to defendant's motion to dismiss, *see* ECF No. 25, plaintiff filed an amended complaint, *see* ECF No. 28. The motion, and the associated hearing set for May 7, 2020, are therefore vacated. Defendant shall respond to the amended complaint by May 25, 2020 pursuant to the stipulation between the parties. *See* ECF No. 35.

**IT IS SO ORDERED**.

Dated: April 21, 2020

RICHARD SEEBORG
United States District Judge