Jahan Sagafi (Cal. Bar No. 224887)
Moira Heiges-Goepfert (Cal. Bar No. 326861)
Molly Frandsen (Cal. Bar No. 320094)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: mhg@outtengolden.com
E-Mail: mfrandsen@outtengolden.com

Sabine Jean (*pro hac vice* application forthcoming)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: sjean@outtengolden.com

Steven M. Tindall (Cal. Bar No. 187862)
Aaron Blumenthal (Cal. Bar No. 310605)
Nikul Shah (Cal. Bar No. 321282)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: 510-350-9700
Facsimile: 510-350-9701
E-Mail: smt@classlawgroup.com
E-Mail: ab@classlawgroup.com
E-Mail: ns@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

**GIBSON, DUNN & CRUTCHER LLP**
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant DoorDash, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clifford Linn, Baxter Gipson, John Gregorio,<br><br>Plaintiffs,<br><br>vs.<br><br>DoorDash, Inc.,<br><br>Defendant. | Case No. 20-cv-00666-RS<br><br>**JOINT SETTLEMENT REPORT**<br><br>Judge:   Hon. Richard Seeborg |

Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, Plaintiffs Clifford Linn, Baxter Gipson, and John Gregorio and Defendant DoorDash, Inc. (collectively, the "Parties") submit this joint report. The Parties participated in a mediation session with mediator David A. Rotman on June 8, 2020 to discuss the possibility of settlement. The result of the mediation was as follows:

____ The case settled, and the parties will submit a filing to this effect within the next 30 days.

_X_ Although the case did not settle, the Parties made meaningful progress toward settlement and therefore request the opportunity to engage in additional ADR. Specifically, the Parties have agreed to participate in a second mediation session with Mr. Rotman, scheduled for June 29, 2020.

____ Despite a good-faith effort to reach a settlement at the meet and confer, the case did not settle.

In addition, the Parties wish to advise the Court that, as part of their agreement to continue mediating, they have agreed to extend the deadline for Defendant DoorDash, Inc. to respond to the First Amended Complaint to July 2, 2020. *See* ECF No. 40.

Respectfully submitted,

Dated: June 17, 2020

By:   */s/ Jahan C. Sagafi*
        Jahan C. Sagafi

Jahan Sagafi (Cal. Bar No. 224887)
Moira Heiges-Goepfert (Cal. Bar No. 326861)
Molly Frandsen (Cal. Bar No. 320094)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA  94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: mhg@outtengolden.com
E-Mail: mfrandsen@outtengolden.com

Sabine Jean (*pro hac vice* application forthcoming)
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: sjean@outtengolden.com

Steven M. Tindall (Cal. Bar No. 187862)
Aaron Blumenthal (Cal. Bar No. 310605)
Nikul Shah (Cal. Bar No. 321282)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: 510-350-9700
Fascimile: 510-350-9701
E-Mail: smt@classlawgroup.com
E-Mail: ab@classlawgroup.com
E-Mail: ns@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: June 17, 2020         By:   /s/ Joshua S. Lipshutz
                                         Joshua S. Lipshutz

**GIBSON, DUNN & CRUTCHER LLP**
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorneys for Defendant DoorDash, Inc.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: June 17, 2020         By:   /s/ *Joshua S. Lipshutz*

# PROOF OF SERVICE

I, Tim Kolesk, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State. On June 17, 2020, I served the following document(s):

**JOINT SETTLEMENT REPORT**

On the parties stated below, by the following means of service:

> OUTTEN & GOLDEN LLP
> JAHAN SAGAFI, SBN 224887
>   jsagafi@outtengolden.com
> MOIRA HEIGES-GOEPFERT, SBN 326861
>   mhg@outtengolden.com
> MOLLY FRANDSEN, SBN 320094
>   mfrandsen@outtengolden.com
> One California Street, 12th Floor
> San Francisco, CA 94111
>
> GIBBS LAW GROUP LLP
> STEVEN M. TINDALL, SBN 187862
>   smt@classlawgroup.com
> AARON BLUMENTHAL, SBN 310605
>   ab@classlawgroup.com
> NIKUL SHAH, SBN 321282
>   ns@classlawgroup.com
> 505 14th Street, Suite 1110
> Oakland, CA 94612

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2020

_/s/ Tim Kolesk_
Tim Kolesk