| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA S. LIPSHUTZ, SBN 242557<br>　jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:　415.393.8200<br>Facsimile:　415.393.8306<br><br>THEANE EVANGELIS, SBN 243570<br>　tevangelis@gibsondunn.com<br>MICHAEL HOLECEK, SBN 281034<br>　mholecek@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:　213.229.7000<br>Facsimile:　213.229.7520<br><br>Attorneys for Defendant DOORDASH, INC. | OUTTEN & GOLDEN LLP<br>JAHAN SAGAFI, SBN 224887<br>　jsagafi@outtengolden.com<br>MOLLY FRANDSEN, SBN 320094<br>　mfrandsen@outtengolden.com<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone:　415.638.8800<br>Facsimile:　415.638.8810<br><br>GIBBS LAW GROUP LLP<br>STEVEN M. TINDALL, SBN 187862<br>　smt@classlawgroup.com<br>AARON BLUMENTHAL, SBN 310605<br>　ab@classlawgroup.com<br>NIKUL SHAH, SBN 321282<br>　ns@classlawgroup.com<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone:　510.350.9700<br>Facsimile:　510.350.9701<br><br>Attorneys for PLAINTIFFS CLIFFORD LINN, BAXTER GIPSON, JOHN GREGORIO and the Proposed Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFFORD LINN, BAXTER GIPSON, JOHN GREGORIO, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOORDASH, INC.,<br><br>　　　　　Defendant. | CASE NO. 3:20-cv-00666-RS<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT; ORDER**<br><br>Action Filed:　January 29, 2020<br><br>Honorable Judge Richard Seeborg |

1   Plaintiffs Clifford Linn, Baxter Gipson, and John Gregorio ("Plaintiffs") and Defendant
2 DoorDash, Inc. ("DoorDash") (collectively, the "Parties") respectfully request that the Court enter a
3 stay of this litigation.  The Parties have reached an agreement in principle to resolve their dispute.
4 Accordingly, the Parties, by and through their respective counsel of record and pursuant to Civil L.R.
5 6-1 and 7-12, hereby request that the Court enter an Order staying the above-captioned action while
6 the settlement is finalized, and stipulate as follows:

7   WHEREAS, the Parties are continuing the process of finalizing a written settlement
8 agreement;

9   WHEREAS, the Parties require additional time to finalize the settlement;

10   WHEREAS, the Parties previously agreed to several extensions for DoorDash to respond to
11 the original and First Amended Complaints in this matter (Dkt. Nos. 15, 35, 39, 40, 43, and 44);

12   WHEREAS, DoorDash's deadline to Answer the First Amended Complaint is currently July
13 23, 2020 and the Initial Case Management Conference in this matter is scheduled to take place on
14 August 6, 2020 at 11:00 am, with the Joint Case Management Statement due July 30, 2020;

15   WHEREAS, the Parties agree that it would conserve judicial resources and promote
16 efficiency to stay all proceedings in this action pending completion of the settlement.

17   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
18 Parties that the action be stayed, and that the Parties will file a joint status report regarding the status
19 of the settlement within sixty (60) days.

20   **IT IS SO STIPULATED AND AGREED.**
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

Dated: July 22, 2020    GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Joshua S. Lipshutz*

Joshua S. Lipshutz

Attorneys for Defendant DOORDASH, INC.

Dated: July 22, 2020    OUTTEN & GOLDEN LLP

By:    */s/ Jahan Sagafi*

Jahan Sagafi

GIBBS LAW GROUP LLP

By:    */s/ Steven M. Tindall*

Steven M. Tindall

Attorneys for Plaintiffs CLIFFORD LINN, BAXTER GIPSON, JOHN GREGORIO and Proposed Class

## ECF ATTESTATION

I, Joshua Lipshutz, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: July 22, 2020                    GIBSON, DUNN & CRUTCHER LLP


By:  _____*/s/ Joshua S. Lipshutz*_____
                Joshua S. Lipshutz

Attorneys for Defendant DOORDASH, INC.

## ORDER

On July 22, 2020, Plaintiffs Clifford Linn, Baxter Gipson, and John Gregorio and Defendant DoorDash, Inc., filed a Joint Stipulation to Stay Proceedings Pending Settlement stating that the parties have reached an agreement in principle to resolve their dispute. The Court hereby GRANTS the parties' Joint Stipulation and ORDERS that all proceedings are stayed. The parties are to submit a joint status report within sixty (60) days regarding the status of the settlement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2020

_____
UNITED STATES DISTRICT JUDGE