GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendant DOORDASH, INC.

OUTTEN & GOLDEN LLP
JAHAN SAGAFI, SBN 224887
  jsagafi@outtengolden.com
Moira Heiges-Goepfert, SBN326861
  mhg@outtengolden.com
MOLLY FRANDSEN, SBN 320094
  mfrandsen@outtengolden.com
One California Street, 12th Floor
San Francisco, CA 94111
Telephone:    415.638.8800
Facsimile:    415.638.8810

GIBBS LAW GROUP LLP
STEVEN M. TINDALL, SBN 187862
  smt@classlawgroup.com
AARON BLUMENTHAL, SBN 310605
  ab@classlawgroup.com
NIKUL SHAH, SBN 321282
  ns@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone:    510.350.9700
Facsimile:    510.350.9701

Attorneys for PLAINTIFFS CLIFFORD LINN,
BAXTER GIPSON, JOHN GREGORIO and the
Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFFORD LINN, BAXTER GIPSON, JOHN GREGORIO, and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>DOORDASH, INC.,<br><br>              Defendant. | CASE NO. 3:20-cv-00666-RS<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:  January 29, 2020<br><br>Honorable Judge Richard Seeborg |

Pursuant to the Joint Stipulation to Stay Proceedings filed on July 22, 2020, Plaintiffs Clifford Linn, Baxter Gipson, and John Gregorio ("Plaintiffs") and Defendant DoorDash, Inc. ("DoorDash") (collectively, the "Parties") hereby submit the following joint status report advising the Court of the progress of their efforts towards settlement.

After participating in private mediation with mediator David Rotman, the Parties have reached a settlement, which they are in the process of finalizing.  The Parties respectfully request that the Court set a status conference for January 2021.


Dated:  September 22, 2020                OUTTEN & GOLDEN LLP


                                         By:       /s/  Jahan C. Sagafi
                                                   Jahan C. Sagafi



                                         GIBBS LAW GROUP LLP


                                         By:       /s/  Steven M. Tindall
                                                   Steven M. Tindall



                                         Attorneys for Plaintiffs CLIFFORD LINN,
                                         BAXTER GIPSON, JOHN GREGORIO and Proposed
                                         Class


Dated:  September 22, 2020                GIBSON, DUNN & CRUTCHER LLP


                                         By:       /s/ Joshua S. Lipshutz
                                                   Joshua S. Lipshutz


                                         Attorneys for Defendant DOORDASH, INC.

2

**<u>ECF ATTESTATION</u>**

  I, Jahan C. Sagafi hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated:  September 22, 2020

        By:     <u>*/s/ Jahan C. Sagafi*</u>
              Jahan C. Sagafi

        Attorneys for Plaintiffs CLIFFORD LINN,
        BAXTER GIPSON, JOHN GREGORIO and Proposed
        Class