GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:     415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:     213.229.7520

Attorneys for Defendant DOORDASH, INC.

OUTTEN & GOLDEN LLP
JAHAN SAGAFI, SBN 224887
  jsagafi@outtengolden.com
MOIRA HEIGES-GOEPFERT, SBN 326861
  mhg@outtengolden.com
MOLLY FRANDSEN, SBN 320094
  mfrandsen@outtengolden.com
One California Street, 12th Floor
San Francisco, CA 94111
Telephone:    415.638.8800
Facsimile:     415.638.8810

GIBBS LAW GROUP LLP
STEVEN M. TINDALL, SBN 187862
  smt@classlawgroup.com
AARON BLUMENTHAL, SBN 310605
  ab@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone:    510.350.9700
Facsimile:     510.350.9701

Attorneys for PLAINTIFFS CLIFFORD LINN, BAXTER GIPSON, JOHN GREGORIO and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFFORD LINN, BAXTER GIPSON, JOHN GREGORIO, and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOORDASH, INC.,<br><br>        Defendant. | CASE NO. 3:20-cv-00666-RS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Action Filed: January 29, 2020<br><br>Hon. Richard Seeborg |

The parties to the above-referenced action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated:  February 12, 2021   GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Joshua S. Lipshutz
   Joshua S. Lipshutz


Attorneys for Defendant DOORDASH, INC.


Dated:  February 12, 2021   OUTTEN & GOLDEN LLP


By:   /s/ Jahan Sagafi
   Jahan Sagafi


GIBBS LAW GROUP LLP


By:   /s/ Steven M. Tindall
   Steven M. Tindall


Attorneys for Plaintiffs CLIFFORD LINN,
BAXTER GIPSON, JOHN GREGORIO and Proposed
Class

**ECF ATTESTATION**

I, Joshua Lipshutz, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: February 12, 2021					GIBSON, DUNN & CRUTCHER LLP


							By:	     */s/ Joshua S. Lipshutz*
								     Joshua S. Lipshutz

							Attorneys for Defendant DOORDASH, INC.

# PROOF OF SERVICE

I, Kelly Ding, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105, in said County and State. On February 12, 2021, I served the following document(s):

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

On the parties stated below, by the following means of service:

> OUTTEN & GOLDEN LLP
> JAHAN SAGAFI, SBN 224887
>   jsagafi@outtengolden.com
> MOIRA HEIGES-GOEPFERT, SBN 326861
>   mhg@outtengolden.com
> MOLLY FRANDSEN, SBN 320094
>   mfrandsen@outtengolden.com
> One California Street, 12th Floor
> San Francisco, CA 94111
>
> GIBBS LAW GROUP LLP
> STEVEN M. TINDALL, SBN 187862
>   smt@classlawgroup.com
> AARON BLUMENTHAL, SBN 310605
>   ab@classlawgroup.com
> 505 14th Street, Suite 1110
> Oakland, CA 94612

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021

*/s/ Kelly Ding*<br>Kelly Ding